# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZEQUIEL FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL TRANSPORT, LLC; and DOES 1 TO 50, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-01854-MCE-JDP<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41 (A)(1)(A)(II)]**<br><br>Complaint Filed: July 27, 2020<br>Trial Date: None Set<br><br>District Judge: Hon. Morrison C. England<br>Magistrate Judge: Hon. Jeremy D. Peterson |

Pursuant to the Stipulation for Dismissal with Prejudice [F.R.C.P. 41(a)(1)(A)(ii)] between Plaintiff Ezequiel Fernandez and Defendant Central Transport LLC (erroneously sued as "Central Transport, LLC"), the above-captioned action is DISMISSED in its entirety, with prejudice, with each of the Parties to bear his/its respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE